United States District Court
Southern District of Texas
**ENTERED**
March 08, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MIKAYLA HOPE, | § | |
| | § | |
| *Plaintiff,* | § | |
| VS. | § | CIVIL ACTION NO. 3:20-CV-267 |
| | § | |
| ALORICA, INC., | § | |
| | § | |
| *Defendant.* | § | |

## ORDER

The parties have notified the court that they have reached a settlement agreement. Their joint motion for leave to file that agreement under seal (Dkt. 64) is granted. After reviewing the agreement, the court finds that it is fair and reasonable and involves a bona fide dispute over an FLSA provision. The plaintiff's unopposed motion to dismiss this case with prejudice (Dkt. 66) is accordingly granted.

Signed on Galveston Island on the 8th day of March, 2021.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE